# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LIGHTWIRE, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ASUS COMPUTER INTERNATIONAL, INC.,<br><br>　　　　　Defendant. | Case No. 3:18-cv-01159-RS<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO DISMISS<br><br>DEMAND FOR JURY TRIAL<br><br>Judge: Hon. Richard Seeborg |

　　　The parties' joint motion to dismiss the Complaint (Dkt. 1) filed by Plaintiff Lightwire, LLC and the Answer and Counterclaims (Dkt. 18) filed by Defendant Asus Computer International is GRANTED.

　　　IT IS ORDERED that all claims and counterclaims set forth in Plaintiff's Complaint (Dkt. 1) and Defendant's Answer and Counterclaims thereto (Dkt. 18) are hereby dismissed without prejudice, and all pending deadlines are vacated. Each party shall bear its own costs. The clerk shall close the file.

　　　IT IS SO ORDERED.

Dated: 8/21/18

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge